# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
FIRST AMENDED PLAN

DEBTOR**: FRANCISCO SUAREZ**   JOINT DEBTOR:_____   CASE NO.: 14-18180- AJC
Last Four Digits of SS# XXX-XX-4308 Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ __346.51__ for months __1__ to __60__ ;in order to pay the following creditors:

Administrative: Attorney's Fee – $3,650.00 + $525.00 (Motion to Value Personal Property)=$4,175.00
                TOTAL PAID $1,000.00
          Balance Due  $ 3,175.00  payable $ 79.37 /month (Months 1 to 40)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____   Arrearage on Petition Date   $_____
Address:_____   Arrears Payment $_____/month (Months ____ to ____)
                                    Regular Payment $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Ally Financial serviced by Ally Servicing, LLC Payment Processing Center POB 78367 Phoeniz, AZ 85062 Account No. XXXX5731 | 2010 Chevrolet Silverado 1500 $11,373.96 | 5.25 % | $215.95 | 1   To  60 | $12,956.75 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. NONE_____   Total Due $_____
                          Payable $_____/month (Months____ to ___) Regular Payment $____
Unsecured Creditors: Pay $ 16.54 /month (Months 1 to 40), $ 95.91/month (Months 41 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors daughter Vanessa Paneca will continue to pay the mortgage to SunTrust Mortgage (Account No.XXX-3797) for property located at:721 West 1st Street, Hialeah, FL 33014.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ *Francisco Suarez*_____   _____
Debtor                                    Joint Debtor
Date: 7/1/2014_____                  Date:_____

LF-31 (rev. 06/02/08)